The People of the State of New York ex rel. Benjamin J. Kline et al., as Trustees under a Trust Indenture Dated June 21, 1944, Appellants, against

WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [390 Riverside Drive, Borough of Manhattan.] — Order unanimously modified by fixing assessed valuations as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1944–45 | $158,000 | $655,000 | $813,000 |

and as so modified affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.